SENTENCING:  DATE: **8/26/20**

CASE CAPTION: **USA v. Javas McNair**  CASE NUMBER: **3:18-cr-187-03**

Pltfs. Attorney: **Dwight Keller**  Defts. Attorney: **Tamara Sack**

| | |
|---|---|
| **X** | Defendant appeared with Counsel. |
|  | Interpreter ____ appeared by telephone |
| **X** | Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: **66 months** |
| **X** | Fined **$ 0.00**. |
| **X** | Restitution in the amount of $ **0.00** |
| **X** | $ **100.00** Special Assessment/Victims Crime Fund |
| **X** | Special Assessment to be paid immediately. |
|  | Forfeiture of Property. |
| **X** | **4** Year(s) Supervised Release **w/ Special Conditions** |
| **X** | Conditions of supervised release: |

- **X** Follow the rules and regulations of the Probation Department
- **X** Defendant must report to supervising agency within 72 hours of release from institution.
- **X** Defendant must not commit any crimes, either federal, state or local.
- **X** Defendant must not own, possess, or traffic in any firearm or dangerous weapon.
- **X** Defendant must not possess, use, or traffic in any controlled substance.
- **X** Defendant must make himself available for substance abuse testing and or treatment if requested by supervising agency.
- **X** Defendant shall cooperate in the collection of DNA as required by statute.

| | |
|---|---|
| **X** | Recommendations to the Bureau of Prisons**: The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense. Vocational and education program to include job readiness.** |
| **X** | Voluntary surrender |
|  | Taken into custody |
|  | Defendant remanded to custody of the U.S. Marshal |
| **X** | Defendant's rights of appeal explained and understood |

COURT REPORTER **Mary Schweinhagen**  CONVENED: **9:50 am**

DEPUTY CLERK: **Liz Penski**  RECESSED: **10:50 am**